HENRY LUSTIG, Appellant, v. LONGCHAMPS, INC., Respondent, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

HELEN BOBBEY, as Administratrix of the Estate of FRANK BOBBEY, Deceased, Respondent, v. TURNER CONSTRUCTION CORPORATION, Defendant, and C. & A. BRENNINKMEYER, INC., Appellant and Third-Party Plaintiff-Appellant. A. GREENE COMPANY, INC., Third-Party Defendant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

NACIONAL FINANCIERA, S. A., Appellant, v. BANCO DE PONCE, Respondent. NACIONAL FINANCIERA, S. A., Appellant, v. BANCO DE PONCE, Respondent, et al., Defendants.— Judgments unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 284 App. Div. 844.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY STRYZEWSKI, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. RANDOLPH WILSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of the Probate of the Will of IDA E. HEAD, Deceased. EVERARD M. TAYLOR, Appellant; EDWARD H. HYEMS et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 846.]

■

ETTA SINDLE, Appellant, v. 761 NINTH AVENUE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

In the Matter of the Accounting of EDWARD W. McDONALD et al., as Executors of JAMES E. McDONALD, Deceased, Committee of the Person and Property of KATE L. ELIAS, an Incompetent, Respondents. GUARANTY TRUST COMPANY OF NEW YORK, as Executor of KATE L. ELIAS, Deceased, et al., Appellants; HENRY LICHTIG et al., Respondents.— Appeal unanimously dismissed. The appellant Rapp has no standing in this matter. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.